*Formatted for Electronic Distribution*                        *Not for Publication*

                                       Filed & Entered
                                         On Docket

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

                                         March 16, 2012

_____

**In re:**
      **Patricia Jo Braine,**                                Chapter 7 Case
            **Debtor.**                                      # 10-10391
_____

      **Patricia Jo Braine,**
            **Plaintiff,**

v.                                                Adversary Proceeding

      **Educational Credit**                           # 10-1026
      **Management Corporation,**
            **Defendant.**
_____

*Appearances:*     David W. Lynch, Esq.                   Gary L. Franklin, Esq.
                           Colchester, Vermont                    Burlington, Vermont
                           *For the Plaintiff*                           *For the Defendant*

## ORDER
### DENYING MOTION TO RECONSIDER AND GRANTING JUDGMENT IN FAVOR OF THE PLAINTIFF

For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the Plaintiff's motion to reconsider the Court's ruling at the October 20, 2011 evidentiary hearing excluding certain testimony of Heather Diederich, D.C. (doc. # 40) is DENIED.

IT IS FURTHER ORDERED that the Court declares the Plaintiff's student loans to the Defendant are discharged pursuant to 11 U.S.C. § 523(a)(8), and grants judgment in favor of the Plaintiff against the Defendant.

SO ORDERED.

                                                                 _____

March 16, 2012                                              Colleen A. Brown
Burlington, Vermont                                United States Bankruptcy Judge